Catherine McCabe, Respondent, v. Clarence Mackay, Appellant, Impleaded

with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ. [132 Misc. 485.]